5/2/13

UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA        :        HONORABLE JEROME B. SIMANDLE
                                :
            v.                  :        CRIMINAL NO. 05- 864 (JBS)
                                :
EUGENIA CINTRON                 :        ORDER

This matter having been opened to the Court by the defendant

Eugenia Cintron, through her attorney, Richard Coughlin, Federal

Public Defender, who seek an Order Amending the Conditions of

Release entered on March 24, 2005, and Matthew Skahill, Assistant

United States Attorney, having no objections, and good and

sufficient cause having been shown;

It is on this  12th day of December 2005, ORDERED, that the

Order of Release entered on March 24, 2005, be and is hereby

amended as follows:

1.    The condition of 24 hour home confinement and
      electronic monitoring is vacated.

2.    The requirement that the defendant reside at a
      residence with a working phone line is vacated.

All other conditions remain in full force and effect.

HONORABLE JEROME B. SIMANDLE
United States District Judge